IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTOINE WILLIAMS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-0699-WS-C |
| WALTER MYERS, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 10th day of March, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE